COOLEY GODWARD KRONISH LLP
WILLIAM S. FREEMAN (82002) (freemanws@cooley.com)
JESSICA VALENZUELA SANTAMARIA (220934)
(jsantamaria@cooley.com)
DAVID L. ASHBY (245435) (dashby@cooley.com)
BENJAMIN D. SINGERMAN (242725)
(bsingerman@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA  94306-2155
Telephone:   (650) 843-5000
Facsimile:    (650) 857-0663

Attorneys for Defendants
GERALD BALDWIN, HILARY BILLINGS, GORDON A. BOWKER, MICHAEL CLOUTIER, JAMES E. GRIMES, H. WILLIAM JESSE, WILLIAM M. LILLA, BRUCE A. MACLAREN, DEBORAH McGRAW, PETER B. MEHRBERG, CHRISTOPHER P. MOTTERN, PATRICK O'DEA, JAMES A. REYNOLDS, MARK N. RUDOLPH, JEAN-MICHEL VALETTE, WILLIAM D. WELSH
and
PEET'S COFFEE & TEA, INC., Nominal Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARVIN W. NACH, derivatively on behalf of PEET'S COFFEE & TEA, INC., <br><br>Plaintiff,<br><br>v.<br><br>GERALD BALDWIN, HILARY BILLINGS, GORDON A. BOWKER, MICHAEL CLOUTIER, JAMES E. GRIMES, H. WILLIAM JESSE, WILLIAM M. LILLA, BRUCE A. MACLAREN, DEBORAH McGRAW, PETER B. MEHRBERG, CHRISTOPHER P. MOTTERN, PATRICK O'DEA, JAMES A. REYNOLDS, MARK N. RUDOLPH, JEAN-MICHEL VALETTE, WILLIAM D. WELSH,<br><br>Defendants<br><br>PEET'S COFFEE & TEA, INC.,<br><br>Nominal Defendant. | Case No. C07-00740 JL— SI<br><br>**STIPULATION AND [PROPOSED] ORDER SETTING CASE MANAGEMENT CONFERENCE** |

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

754798 v1/PA

STIPULATION AND [PROPOSED] ORDER SETTING
CASE MANAGEMENT CONFERENCE
CASE NO C07-00740 JL

1  Plaintiff Marvin W. Nach and Defendants Gerald Baldwin, Hilary Billings, Gordon A.
2  Bowker, Michael Cloutier, James E. Grimes, H. William Jesse, William M. Lilla, Bruce A.
3  Maclaren, Deborah McGraw, Peter B. Mehrberg, Christopher P. Mottern, Patrick O'Dea, James
4  A. Reynolds, Mark N. Rudolph, Jean-Michel Valette, William D. Welsh, and nominal defendant
5  Peet's Coffee & Tea, Inc., hereby stipulate and agree to set the Case Management Conference in
6  the above-captioned matter for July 13, 2007, at 2:00 p.m. The parties shall file their Joint Case
7  Management Statement ten (10) calendar days prior to Case Management Conference.

9  Dated: June 14, 2007                Respectfully submitted,

10                                      COOLEY GODWARD KRONISH LLP

12              /s/ Jessica Valenzuela Santamaria
                William S. Freeman (Bar No. 82002)
13              Jessica Valenzuela Santamaria (Bar No. 220934)
                David L. Ashby (Bar No. 245435)
14              Benjamin D. Singerman (Bar No. 242725)
                Five Palo Alto Square, 4th Floor
15              3000 El Camino Real
                Palo Alto, CA 94306
16              Telephone: (650) 843-5037
                Facsimile: (650) 857-0663

17              *Attorney for Nominal Defendant, Peet's Coffee &*
18              *Tea, Inc. and the Individual Defendants*

19              SCHIFFRIN BARROWAY TOPAZ &
20              KESSLER, LLP

22              /s/ Michael Wagner
                Alan R. Plutzik, Of Counsel (Bar No. 077785)
23              Robert M. Bramson, Of Counsel (Bar No. 102006)
                L. Timothy Fisher (Bar No. 191626)
24              2125 Oak Grove Road, Suite 120
                Walnut Creek, CA 94598
25              Telephone: (925) 945-0200
                Facsimile: (925) 945-8792
26              -and-

COOLEY GODWARD KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

754798 v1/PA

1.

STIPULATION AND [PROPOSED] ORDER SETTING
CASE MANAGEMENT CONFERENCE
CASE NO C07-00740 JL

Eric L. Zagar
Michael Wagner
Tara P. Kao
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

*Attorneys for Plaintiff*

*Filer's Attestation:  Pursuant to General Order No. 45, Section X(B) regarding signatures, Jessica Valenzuela Santamaria hereby attests that concurrence in the filing of this document has been obtained.*

\*          \*          \*          \*

**IT IS SO ORDERED**.

DATED: June __, 2007

**ORDER**

[signature: Susan Illston]

United States District Court Judge

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

754798 v1/PA

2.

STIPULATION AND [PROPOSED] ORDER SETTING
CASE MANAGEMENT CONFERENCE
CASE NO. C07-00740 JL