COOLEY GODWARD KRONISH LLP
WILLIAM S. FREEMAN (82002) (freemanws@cooley.com)
JESSICA VALENZUELA SANTAMAIRA
(jsantamaria@cooley.com)
BENJAMIN D. SINGERMAN (242725)
(bsingerman@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155
Telephone: (650) 843-5000
Facsimile: (650) 857-0663

Attorneys for Defendants
GERALD BALDWIN, HILARY BILLINGS, GORDON A. BOWKER, MICHAEL CLOUTIER, JAMES E. GRIMES, H. WILLIAM JESSE, WILLIAM M. LILLA, BRUCE A. MACLAREN, DEBORAH McGRAW, PETER B. MEHRBERG, CHRISTOPHER P. MOTTERN, PATRICK O'DEA, JAMES A. REYNOLDS, MARK N. RUDOLPH, JEAN-MICHEL VALETTE, WILLIAM D. WELSH

and

PEET'S COFFEE & TEA, INC., Nominal Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARVIN W. NACH, derivatively on behalf of PEET'S COFFEE & TEA, INC., <br><br> Plaintiff, <br><br> v. <br><br> GERALD BALDWIN, HILARY BILLINGS, GORDON A. BOWKER, MICHAEL CLOUTIER, JAMES E. GRIMES, H. WILLIAM JESSE, WILLIAM M. LILLA, BRUCE A. MACLAREN, DEBORAH McGRAW, PETER B. MEHRBERG, CHRISTOPHER P. MOTTERN, PATRICK O'DEA, JAMES A. REYNOLDS, MARK N. RUDOLPH, JEAN-MICHEL VALETTE, WILLIAM D. WELSH, <br><br> Defendants <br><br> PEET'S COFFEE & TEA, INC., <br><br> Nominal Defendant. | Case No. C07-00740 SI <br><br> **STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** |

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

755879 v1/PA

STIPULATION AND [PROPOSED] ORDER
SELECTING ADR PROCESS
CASE NO. C07-00740 SI

## STIPULATION

Counsel report that they have met and conferred regarding ADR and pursuant to Civil L.R. 16-8 and ADR L.R. 3-5 hereby stipulate as follows.

WHEREAS counsel for the parties have commenced preliminary discussions to determine whether there exists a basis on which this action could be settled in conjunction with shareholder derivative cases filed in California Superior Court for the County of Alameda, which have been consolidated into a single action entitled *In re Peet's Coffee & Tea, Inc. Derivative Litigation*, Lead Case No. RG06-299453, and

WHEREAS the parties currently desire to pursue further direct settlement discussions among their counsel and believe that more formal settlement discussions are premature at this time; and

WHEREAS the parties have previously agreed on a briefing schedule for any motions directed to the complaint in this action;

The parties to this action hereby STIPULATE AND AGREE AS FOLLOWS:

1. They select private mediation as the ADR process in which they will participate.
2. In the event defendants are required to answer the complaint, they will participate in private mediation within 90 days following the date on which defendants file their answer.

//
//
//

COOLEY GODWARD KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

755879 v1/PA

1.

STIPULATION AND [PROPOSED] ORDER
SELECTING ADR PROCESS
CASE NO. C07-00740 SI

| | | |
|---|---|---|
| 1 | Dated: July 5, 2007 | COOLEY GODWARD KRONISH LLP |
| 2 | | WILLIAM S. FREEMAN (82002) |
| | | JESSICA VALENZUELA SANTAMARIA (220934) |
| 3 | | BENJAMIN D. SINGERMAN (242725) |

/S/
William S. Freeman (82002)

Attorneys for Defendants
GERALD BALDWIN, HILARY BILLINGS, GORDON A. BOWKER, MICHAEL CLOUTIER, JAMES E. GRIMES, H. WILLIAM JESSE, WILLIAM M. LILLA, BRUCE A. MACLAREN, DEBORAH McGRAW, PETER B. MEHRBERG, CHRISTOPHER P. MOTTERN, PATRICK O'DEA, JAMES A. REYNOLDS, MARK N. RUDOLPH, JEAN-MICHEL VALETTE, WILLIAM D. WELSH, Defendants, and PEET'S COFFEE & TEA, INC., Nominal Defendant

Dated: July 5, 2007

SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP

/S/
Alan R. Plutzik, Of Counsel (Bar No. 077785)
Robert M. Bramson, Of Counsel (Bar No. 102006)
L. Timothy Fisher (Bar No. 191626)
2125 Oak Grove Road, Suite 120
Walnut Creek, CA 94598
Telephone: (925) 945-0200
Facsimile: (925) 945-8792

-and-

Eric L. Zagar
Michael Wagner
Tara P. Kao
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

Attorneys for Plaintiff

*Filer's Attestation:* Pursuant to General Order No. 45, Section X(B) regarding signatures, Jessica Valenzuela Santamaria hereby attests that concurrence in the filing of this document has been obtained.

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

755879 v1/PA

2.

STIPULATION AND [PROPOSED] ORDER
SELECTING ADR PROCESS
CASE NO C07-00740 SI

## [PROPOSED] ORDER

Pursuant to the stipulation of the parties as set forth above, and good cause appearing, IT IS HEREBY ORDERED that this action be referred to private mediation. The deadline for the private mediation is 90 days from the date on which defendants file their answer.

IT IS SO ORDERED.

DATED: _____    _____
United States District Judge

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

755879 v1/PA

3.

STIPULATION AND [PROPOSED] ORDER
SELECTING ADR PROCESS
CASE NO. C07-00740 SI