SCHIFFRIN BARROWAY TOPAZ
  &amp; KESSLER LLP
Alan R. Plutzik, Of Counsel (Bar No. 077785)
L. Timothy Fisher, Of Counsel (Bar No. 191626)
2125 Oak Grove Road, Suite 120
Walnut Creek, CA 94598
Telephone: (925) 945-0770
Facsimile: (925) 945-8792
aplutzik@sbtklaw.com
tfisher@sbtklaw.com

Attorneys for Plaintiff

[Additional counsel appears on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARVIN W. NACH, Derivatively on behalf of PEET'S COFFEE & TEA, INC.<br><br>    Plaintiff,<br><br>v.<br><br>GERALD BALDWIN, HILARY BILLINGS, GORDON A. BOWKER, MICHAEL CLOUTIER, JAMES E. GRIMES, H. WILLIAM JESSE, WILLIAM M. LILLA, BRUCE A. MACLAREN, DEBORAH McGRAW, PETER B. MEHRBERG, CHRISTOPHER P. MOTTERN, PATRICK O'DEA, JAMES A. REYNOLDS, MARK N. RUDOLPH, JEAN-MICHEL VALETTE and WILLIAM D. WELSH,<br><br>    Defendants,<br><br>and<br><br>PEET'S COFFEE & TEA, INC.,<br><br>    Nominal Defendant | Case No. 07-cv-00740-SI<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING THE FILING OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS, THE BRIEFING ON THE MOTIONS TO DISMISS, AND FURTHER CONTINUING THE CASE MANAGEMENT CONFERENCE |

STIP & [PROP] ORDER CONTINUING FILING OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS, THE BRIEFING ON DEFENDANTS' MOTIONS TO DISMISS AND FURTHER CONTINUING THE CASE MANAGEMENT CONFERENCE
CASE NO. 07-CV-00740-SI

1

# STIPULATION

WHEREAS, Plaintiff filed his initial Complaint on February 2, 2007;

WHEREAS, Defendants filed their Motions to Dismiss on September 7, 2007;

WHEREAS, Plaintiff's Opposition to the Defendants' Motions to Dismiss is currently due on October 12, 2007;

WHEREAS, Plaintiff wishes to file an Amended Complaint in lieu of responding to the Motions to Dismiss;

WHEREAS, Defendants recognize that Plaintiff is entitled to amend his pleading once as a matter of course pursuant to Fed.R.Civ.P. 15(a), and therefore do not oppose Plaintiff's plan to file an Amended Complaint;

WHEREAS, Defendants have reviewed a draft of Plaintiff's proposed amended complaint and intend to file Motions to Dismiss the Amended Complaint;

WHEREAS, the Case Management Conference is currently scheduled for Friday, November 2, 2007; and

WHEREAS, the parties are mindful of the Court's previous instruction to keep the case moving, and wish to enter into a new schedule to govern the prompt filing of the Amended Complaint and the prompt briefing of the Motions to Dismiss the Amended Complaint.

IT IS THEREFORE STIPULATED AND AGREED by Plaintiff and Defendants through their respective counsel of record that, subject to the Court's approval:

1. Plaintiff shall file his Amended Complaint no later than October 12, 2007;

2. Defendants shall file and serve their Motions to Dismiss the Amended Complaint no later than October 26, 2007;

3. Plaintiff shall file and serve his opposition to Defendants' Motions to Dismiss the Amended Complaint no later than November 13, 2007;

4. Defendants shall file their Replies in support of their Motions to Dismiss the Amended Complaint no later than November 20, 2007; and

5. The hearing on Defendants' Motions to Dismiss and CMC, currently scheduled for November 2, 2007 shall be taken off calendar and rescheduled for December 7, 2007 or at another date convenient for the Court.

IT IS SO STIPULATED.

DATED: October 12, 2007

Respectfully submitted,

SCHIFFRIN BARROWAY TOPAZ
  & KESSLER LLP

By:   /s/ Alan R. Plutzik

Alan R. Plutzik, Of Counsel (Bar No. 077785)
L. Timothy Fisher (Bar No. 191626)
2125 Oak Grove Road, Suite 120
Walnut Creek, CA 94598
Telephone: (925) 945-0770
Facsimile: (925) 945-8792
-and-
Eric L. Zagar
Michael Wagner
Tara P. Kao
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

*Attorneys for Plaintiff*

STIP & [PROP] ORDER CONTINUING FILING OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS, THE BRIEFING ON DEFENDANTS' MOTIONS TO DISMISS AND FURTHER CONTINUING THE CASE MANAGEMENT CONFERENCE
CASE NO. 07-CV-00740-SI

3

| | |
|---|---|
| DATED: October 12, 2007 | COOLEY GODWARD KRONISH LLP<br>WILLIAM S. FREEMAN (82002)<br>JESSICA VALENZUELA SANTAMARIA (220934)<br>BENJAMIN D. SINGERMAN (242725)<br><br>By: _____/s/_____<br>William S. Freeman (82002)<br><br>Attorneys for Defendants Gerald Baldwin, Hilary Billings, Gordon A. Bowker, Michael Cloutier, James E. Grimes, H. William Jesse, William M. Lilla, Bruce A. MacLaren, Deborah McGraw, Peter B. Mehrberg, Christopher P. Mottern, Patrick O'Dea, James A. Reynolds, Mark N. Rudolph, Jean-Michel Valette, William D. Welsh and Nominal Defendant Peet's Coffee & Tea, Inc. |

### Attestation Pursuant To General Order 45

I, Alan R. Plutzik, attest that concurrence in the filing of this document has been obtained from the other signatory. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 12th of October at Walnut Creek, California.

_____/s/ Alan R. Plutzik_____

---

STIP & [PROP] ORDER CONTINUING FILING OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS, THE BRIEFING ON DEFENDANTS' MOTIONS TO DISMISS AND FURTHER CONTINUING THE CASE MANAGEMENT CONFERENCE
CASE NO. 07-CV-00740-SI

4

| | |
|---|---|
| 1 | * * * |
| 2 | **[PROPOSED] ORDER** |

3  PURSUANT TO STIPULATION, Plaintiff shall file his Amended Complaint no later than October 12, 2007; should Defendants file Motions to Dismiss the Amended Complaint, such motions shall be filed no later than October 26, 2007; Plaintiff's Opposition to Defendants' Motions to Dismiss the Amended Complaint shall be filed no later than November 13, 2007; and Defendants shall file their Replies in support of their Motions to Dismiss the Amended Complaint no later than November 20, 2007. The hearing on Defendants' Motions to Dismiss and CMC currently scheduled for November 2, 2007 shall be taken off calendar and rescheduled for December 7, 2007.

* * *

IT IS SO ORDERED.

DATED: _____    _____
                                                                THE HONORABLE SUSAN ILLSTON
                                                                UNITED STATES DISTRICT JUDGE

---

STIP & [PROP] ORDER CONTINUING FILING OF PLAINTIFF'S OPPOSITION TO DEFENDANTS'
MOTIONS TO DISMISS, THE BRIEFING ON DEFENDANTS' MOTIONS TO DISMISS AND FURTHER
CONTINUING THE CASE MANAGEMENT CONFERENCE
CASE NO. 07-CV-00740-SI

# CERTIFICATE OF SERVICE

I hereby certify that on October 12, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

By:    /s/ Alan R. Plutzik

SCHIFFRIN BARROWAY TOPAZ
& KESSLER LLP

Alan R. Plutzik
2125 Oak Grove Road, Suite 120
Walnut Creek, CA 94598
Telephone: (925) 945-0770
Facsimile: (925) 945-8792
aplutzik@sbtklaw.com

STIP & [PROP] ORDER CONTINUING FILING OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS, THE BRIEFING ON DEFENDANTS' MOTIONS TO DISMISS AND FURTHER CONTINUING THE CASE MANAGEMENT CONFERENCE
CASE NO. 07-CV-00740-SI

6