COOLEY GODWARD KRONISH LLP
WILLIAM S. FREEMAN (82002) (freemanws@cooley.com)
JESSICA VALENZUELA SANTAMARIA (jsantamaria@cooley.com)
BENJAMIN D. SINGERMAN (242725) (bsingerman@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA  94306-2155
Telephone:    (650) 843-5000
Facsimile:    (650) 857-0663

Attorneys for Defendants
GERALD BALDWIN, HILARY BILLINGS,
GORDON A. BOWKER, MICHAEL CLOUTIER,
JAMES E. GRIMES, H. WILLIAM JESSE, WILLIAM M. LILLA,
BRUCE A. MACLAREN, DEBORAH McGRAW,
PETER B. MEHRBERG, CHRISTOPHER P. MOTTERN,
PATRICK O'DEA, JAMES A. REYNOLDS, MARK N. RUDOLPH,
JEAN-MICHEL VALETTE, WILLIAM D. WELSH

and

PEET'S COFFEE & TEA, INC., Nominal Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARVIN W. NACH, derivatively on behalf of PEET'S COFFEE & TEA, INC.,<br><br>Plaintiff,<br><br>v.<br><br>GERALD BALDWIN, HILARY BILLINGS, GORDON A. BOWKER, MICHAEL CLOUTIER, JAMES E. GRIMES, H. WILLIAM JESSE, WILLIAM M. LILLA, BRUCE A. MACLAREN, DEBORAH McGRAW, PETER B. MEHRBERG, CHRISTOPHER P. MOTTERN, PATRICK O'DEA, JAMES A. REYNOLDS, MARK N. RUDOLPH, JEAN-MICHEL VALETTE, WILLIAM D. WELSH,<br><br>Defendants<br><br>PEET'S COFFEE & TEA, INC.,<br><br>Nominal Defendant. | Case No. C07-00740 SI<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

764186 v1/PA

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

**STIPULATION AND [PROPOSED] ORDER
CONTINUING CASE MANAGEMENT CONFERENCE
CASE NO  C07-00740 SI**

## STIPULATION

WHEREAS, by order dated November 27, 2007, the Court continued the hearing on Defendants' Motions to Dismiss Plaintiffs' Complaint from December 7, 2007 to December 18, 2007, at 9:00 a.m.; and

WHEREAS, a Case Management Conference in this action is still scheduled to take place in this Court on December 7, 2007 at 2:30 p.m.; and

WHEREAS, all Parties believe that it would be inefficient and wasteful of the parties' and the Court's resources to hold the Case Management Conference prior to the hearing on the Motions to Dismiss, and that in the interests of justice, the Case Management Conference should be continued to the date of the rescheduled Motions to Dismiss;

NOW, THEREFORE, all Parties, by their undersigned counsel, hereby STIPULATE AND AGREE as follows, subject to the Court's order:

1. The Case Management Conference in this matter may be continued from December 7, 2007 at 2:30 p.m. until December 18, 2007 at 9:00 a.m., following the hearing on Plaintiffs' Motions to Dismiss.

Dated:   December 5, 2007

COOLEY GODWARD KRONISH LLP
WILLIAM S. FREEMAN (82002)
JESSICA VALENZUELA SANTAMARIA (220934)
BENJAMIN D. SINGERMAN (242725)


/s/
William S. Freeman (82002)

Attorneys for Defendants
GERALD BALDWIN, HILARY BILLINGS, GORDON A. BOWKER, MICHAEL CLOUTIER, JAMES E. GRIMES, H. WILLIAM JESSE, WILLIAM M. LILLA, BRUCE A. MACLAREN, DEBORAH McGRAW, PETER B. MEHRBERG, CHRISTOPHER P. MOTTERN, PATRICK O'DEA, JAMES A. REYNOLDS, MARK N. RUDOLPH, JEAN-MICHEL VALETTE, WILLIAM D. WELSH, Defendants, and PEET'S COFFEE & TEA, INC., Nominal Defendant

COOLEY GODWARD KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

764186 v1/PA

1.

STIPULATION AND [PROPOSED] ORDER
CONTINUING CASE MANAGEMENT CONFERENCE
CASE NO C07-00740 SI

| | | |
|---|---|---|
| 1 | Dated: December 5, 2007 | SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP |
| 2 | | ALAN R. PLUTZIK, OF COUNSEL (077785) |
| 3 | | ROBERT M. BRAMSON, OF COUNSEL (102006) L. TIMOTHY FISHER (191626) |

/s/
_____

2125 Oak Grove Road, Suite 120
Walnut Creek, CA 94598
Telephone: (925) 945-0770
Facsimile: (925) 945-8792

-and-

ERIC L. ZAGAR
MICHAEL WAGNER
TARA P. KAO
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

Attorneys for Plaintiff

### [PROPOSED] ORDER

Upon the stipulation of the parties, and good cause appearing, IT IS HEREBY ORDERED:

1. The Case Management Conference in this matter shall be continued from December 7, 2007 at 2:30 p.m. until December 18, 2007 at 9:00 a.m., following the hearing on Plaintiffs' Motions to Dismiss.

DATED: _____    _____
                         THE HONORABLE SUSAN ILLSTON
                         United States District Court

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

764186 v1/PA          2.          STIPULATION AND [PROPOSED] ORDER
                                  CONTINUING CASE MANAGEMENT CONFERENCE
                                  CASE NO C07-00740 SI