COOLEY GODWARD KRONISH LLP
WILLIAM S. FREEMAN (82002) (freemanws@cooley.com)
JESSICA VALENZUELA SANTAMARIA (220934) (jsantamaria@cooley.com)
BENJAMIN D. SINGERMAN (242725) (bsingerman@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA  94306-2155
Telephone:     (650) 843-5000
Facsimile:      (650) 857-0663

Attorneys for Defendants
GERALD BALDWIN, HILARY BILLINGS,
GORDON A. BOWKER, MICHAEL CLOUTIER,
JAMES E. GRIMES, H. WILLIAM  JESSE,
WILLIAM M. LILLA, BRUCE A. MACLAREN,
DEBORAH McGRAW, PETER B. MEHRBERG,
CHRISTOPHER P. MOTTERN, PATRICK O'DEA,
JAMES A. REYNOLDS, MARK N. RUDOLPH,
JEAN-MICHEL VALETTE, WILLIAM D. WELSH

and

PEET'S COFFEE & TEA, INC., Nominal Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARVIN W. NACH, derivatively on behalf of PEET'S COFFEE & TEA, INC., <br><br> Plaintiff, <br><br> v. <br><br> GERALD BALDWIN, HILARY BILLINGS, GORDON A. BOWKER, MICHAEL CLOUTIER, JAMES E. GRIMES, H. WILLIAM  JESSE, WILLIAM M. LILLA, BRUCE A. MACLAREN, DEBORAH McGRAW, PETER B. MEHRBERG, CHRISTOPHER P. MOTTERN, PATRICK O'DEA, JAMES A. REYNOLDS, MARK N. RUDOLPH, JEAN-MICHEL VALETTE, WILLIAM D. WELSH, <br><br> Defendants <br><br> PEET'S COFFEE & TEA, INC., <br><br> Nominal Defendant. | Case No.  C07-00740 SI <br><br> **[PROPOSED] ORDER REGARDING FED. R. CIV. P. 11(B) COMPLIANCE** |

770149 v1/PA

**[PROPOSED] ORDER REGARDING
FED. R. CIV. P. 11(B) COMPLIANCE
CASE NO  C07-00740 SI**

1 **[PROPOSED] ORDER CONCERNING FED. R. CIV. P. 11(B) COMPLIANCE**

2  Good cause appearing, and pursuant to Section 27(D)(c)(1) of the Securities Exchange
3 Act of 1934, the Court hereby finds that Plaintiff, Plaintiff's counsel, Defendants, and
4 Defendants' counsel have complied with each requirement of Rule 11(b) of the Federal Rules of
5 Civil Procedure as to every complaint, responsive pleading, and dispositive motion in this matter.
6 The Clerk of Court shall enter final judgment in this action.
7 IT IS SO ORDERED.

9 3/20/08
10 DATED: _____  _____
  *Susan Illston*
11  THE HONORABLE SUSAN ILLSTON
  United States District Judge

770149 v1/PA  1.  **[PROPOSED] ORDER REGARDING FED. R. CIV. P. 11(B) COMPLIANCE CASE NO C07-00740 SI**