| | |
|---|---|
| 1 | COOLEY GODWARD KRONISH LLP |
| | WILLIAM S. FREEMAN (82002) (freemanws@cooley.com) |
| 2 | JESSICA VALENZUELA SANTAMARIA (220934) (jsantamaria@cooley.com) |
| | BENJAMIN D. SINGERMAN (242725) (bsingerman@cooley.com) |
| 3 | Five Palo Alto Square |
| | 3000 El Camino Real |
| 4 | Palo Alto, CA  94306-2155 |
| | Telephone:    (650) 843-5000 |
| 5 | Facsimile:      (650) 857-0663 |
| 6 | Attorneys for Defendants |
| | GERALD BALDWIN, HILARY BILLINGS, |
| 7 | GORDON A. BOWKER, MICHAEL CLOUTIER, |
| | JAMES E. GRIMES, H. WILLIAM  JESSE, |
| 8 | WILLIAM M. LILLA, BRUCE A. MACLAREN, |
| | DEBORAH McGRAW, PETER B. MEHRBERG, |
| 9 | CHRISTOPHER P. MOTTERN, PATRICK O'DEA, |
| | JAMES A. REYNOLDS, MARK N. RUDOLPH, |
| 10 | JEAN-MICHEL VALETTE, WILLIAM D. WELSH |
| 11 | and |
| | PEET'S COFFEE & TEA, INC., Nominal Defendant |
| 12 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 17 | MARVIN W. NACH, derivatively on behalf of PEET'S COFFEE & TEA, INC., | Case No.  C07-00740 SI |
| 18 | Plaintiff, | **[PROPOSED] ORDER REGARDING FED. R. CIV. P. 11(B) COMPLIANCE** |
| 19 | v. | |
| 20 | GERALD BALDWIN, HILARY BILLINGS, GORDON A. BOWKER, MICHAEL CLOUTIER, JAMES E. GRIMES, H. WILLIAM  JESSE, WILLIAM M. LILLA, BRUCE A. MACLAREN, DEBORAH McGRAW, PETER B. MEHRBERG, CHRISTOPHER P. MOTTERN, PATRICK O'DEA, JAMES A. REYNOLDS, MARK N. RUDOLPH, JEAN-MICHEL VALETTE, WILLIAM D. WELSH, | |
| 25 | Defendants | |
| 26 | PEET'S COFFEE & TEA, INC., | |
| | Nominal Defendant. | |

770149 v1/PA

**[PROPOSED] ORDER REGARDING
FED. R. CIV. P. 11(B) COMPLIANCE
CASE NO  C07-00740 SI**

1  **[PROPOSED] ORDER CONCERNING FED. R. CIV. P. 11(B) COMPLIANCE**

2      Good cause appearing, and pursuant to Section 27(D)(c)(1) of the Securities Exchange
3  Act of 1934, the Court hereby finds that Plaintiff, Plaintiff's counsel, Defendants, and
4  Defendants' counsel have complied with each requirement of Rule 11(b) of the Federal Rules of
5  Civil Procedure as to every complaint, responsive pleading, and dispositive motion in this matter.
6  The Clerk of Court shall enter final judgment in this action.
7  IT IS SO ORDERED.

8
9
10  DATED: _____  _____
11                                                            THE HONORABLE SUSAN ILLSTON
                                                          United States District Judge

770149 v1/PA           1.           **[PROPOSED] ORDER REGARDING FED. R. CIV. P. 11(B) COMPLIANCE**
CASE NO C07-00740 SI