COOLEY GODWARD KRONISH LLP
WILLIAM S. FREEMAN (82002) (freemanws@cooley.com)
JESSICA VALENZUELA SANTAMARIA (220934) (jsantamaria@cooley.com)
BENJAMIN D. SINGERMAN (242725) (bsingerman@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA  94306-2155
Telephone:    (650) 843-5000
Facsimile:    (650) 857-0663

Attorneys for Defendants
GERALD BALDWIN, HILARY BILLINGS,
GORDON A. BOWKER, MICHAEL CLOUTIER,
JAMES E. GRIMES, H. WILLIAM JESSE,
WILLIAM M. LILLA, BRUCE A. MACLAREN,
DEBORAH McGRAW, PETER B. MEHRBERG,
CHRISTOPHER P. MOTTERN, PATRICK O'DEA,
JAMES A. REYNOLDS, MARK N. RUDOLPH,
JEAN-MICHEL VALETTE, WILLIAM D. WELSH

and

PEET'S COFFEE & TEA, INC., Nominal Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARVIN W. NACH, derivatively on behalf of PEET'S COFFEE & TEA, INC.,<br><br>Plaintiff,<br><br>v.<br><br>GERALD BALDWIN, HILARY BILLINGS, GORDON A. BOWKER, MICHAEL CLOUTIER, JAMES E. GRIMES, H. WILLIAM JESSE, WILLIAM M. LILLA, BRUCE A. MACLAREN, DEBORAH McGRAW, PETER B. MEHRBERG, CHRISTOPHER P. MOTTERN, PATRICK O'DEA, JAMES A. REYNOLDS, MARK N. RUDOLPH, JEAN-MICHEL VALETTE, WILLIAM D. WELSH,<br><br>Defendants<br><br>PEET'S COFFEE & TEA, INC.,<br><br>Nominal Defendant. | Case No.  C07-00740 SI<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE AND ENTRY OF JUDGMENT** |

770100 v1/PA

STIPULATION AND [PROPOSED] ORDER
TO DISMISS WITH PREJUDICE
CASE NO  C07-00740 SI

| | |
|---|---|
| 1 | **STIPULATION** |

WHEREAS, on February 5, 2007, Plaintiff Marvin W. Nach ("Plaintiff") filed a Complaint with this Court commencing the above captioned action against Defendants Gerald Baldwin, Hilary Billings, Michael Cloutier, James E. Grimes, H. William Jesse, William M. Lilla, Bruce A. MacLaren, Deborah McGraw, Peter B. Mehrberg, Christopher P. Mottern, Patrick O'Dea, James A. Reynolds, Mark N. Rudolph, Jean-Michel Valette, William D. Welsh, and Nominal Defendant Peet's Coffee & Tea, Inc. (collectively, "Defendants"); and

WHEREAS, on October 12, 2007, Plaintiff filed an Amended Complaint against Defendants; and

WHEREAS, on February 12, 2008, the Court entered its Order granting Defendants' Motions to Dismiss, dismissing Plaintiff's Amended Complaint with leave to file an amended complaint, and directed that any amended complaint be filed on or before February 29, 2008; and

WHEREAS, Plaintiff has elected not to amend his complaint; and

WHEREAS, all parties and their counsel respectfully submit to the Court that each of them, and, to the best of their knowledge, each of their opposing parties and opposing counsel have at all times complied with the provisions of Fed. R. Civ. P. 11(b);

NOW, THEREFORE, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), all parties, by their undersigned counsel, hereby jointly request and stipulate as follows:

1. That the Court enter its Order dismissing this action in its entirety, with prejudice, as to all Defendants, with each party to bear its own costs, expenses, and attorney's fees associated with the prosecution and defense of this action;

2. That the Court enter its findings regarding the parties' compliance with Fed. R. Civ. P. 11(b) in a separate order as required by 15 U.S.C. § 78u-4(c)(1) and Civil L.R. 58-1.

///
///
///
///
///

3. That upon entry of the Court's orders of dismissal with prejudice and compliance with Fed. R. Civ. P. 11(b), the Clerk of Court may enter a final judgment in this action.

Dated: March 18, 2008
COOLEY GODWARD KRONISH LLP
WILLIAM S. FREEMAN (82002)
JESSICA VALENZUELA SANTAMARIA (220934)
BENJAMIN D. SINGERMAN (242725)

/s/
William S. Freeman (82002)

Attorneys for Defendants and Nominal Defendant

Dated: March 18, 2008
SCHIFFRIN BARROWAY TOPAZ
& KESSLER, LLP
ALAN R. PLUTZIK, OF COUNSEL (077785)
ROBERT M. BRAMSON, OF COUNSEL (102006)
L. TIMOTHY FISHER (191626)

/s/

2125 Oak Grove Road, Suite 120
Walnut Creek, CA 94598
Telephone: (925) 945-0770
Facsimile: (925) 945-8792

-and-

ERIC L. ZAGAR
MICHAEL WAGNER
TARA P. KAO
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

Attorneys for Plaintiff

*Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, Benjamin D. Singerman hereby attests that concurrence in the filing of this document has been obtained.*

1  **[PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE**

2  Upon the stipulation of the parties, and good cause appearing, IT IS HEREBY
3  ORDERED:

4      1.    This case and all claims contained therein are DISMISSED WITH PREJUDICE.

5      2.    Each party shall bear its own costs, expenses, and attorney's fees associated with
6  the prosecution and defense of this matter; and,

7      3.    Upon entry of the Court's separate order concerning compliance of all parties and
8  their counsel with Fed. R. Civ. P. 11(b), as required by 15 U.S.C. § 78u-4(c)(1) and Civil L. R.
9  58-1, the Clerk of Court may enter final judgment in this action.

12  DATED: _____    _____
13      THE HONORABLE SUSAN ILLSTON
    United States District Judge

770100 v1/PA      3      **STIPULATION AND [PROPOSED] ORDER TO DISMISS WITH PREJUDICE CASE NO C07-00740 SI**