AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

__Northern__ DISTRICT OF __California__

MARVIN W. NACH, derivatively on behalf
of PEET'S COFFEE & TEA, INC.,
  Plaintiffs,

V.

GERALD BALDWIN, et al.,
  Defendants
PEET'S COFFEE & TEA, INC., Nom. Def.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: C07-00740-SI

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Pursuant to the terms of the Court's Order dated __March 20, 2008__, this case and all claims contained therein are hereby DISMISSED WITH PREJUDICE.

3/20/08
Date

~~Clerk~~

*(By) Deputy Clerk*

District Court Judge

AO-450